# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 5, 2025

**By CM/ECF**
Hon. Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007



Re: *United States v. Julio Hernandez*
   25 Cr. 123 (RMB)

Dear Judge Berman:

I write with the consent of the Government to respectfully propose the following Rule 12 motion schedule in the above-captioned case:

- Defense opening omnibus motion due June 30, 2025;
- Government response due July 21, 2025;
- Defense reply due August 4. 2025.

I thank the Court for its consideration of this application.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc:   AUSA Rebecca Delfiner

*Proposed schedule is acceptable to the Court.*

SO ORDERED:
Date: 5/6/25

Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/25