**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :
                Government,  :     25 CR. 123 (RMB)
                                     :
    - against -                     :     **ORDER**
                                     :
                                     :
JULIO HERNANDEZ,                     :
                                     :
                Defendant.   :
------------------------------------------------------------x

The status conference scheduled for Tuesday, June 10, 2025 at 9:30 A.M. will take place in Courtroom 17B.

Dated: June 4, 2025
       New York, NY

                                      _____
                                        RICHARD M. BERMAN
                                              U.S.D.J.