U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

**MEMO ENDORSED**

*The Jacob K. Javits Federal Building*
~~*26 Federal Plaza*~~
*New York, New York 10278*

~~June 4, 2025~~

Applications Granted -- to Wednesday Sept. 3, 2025 @ 9:00 A.M.

SO ORDERED:
Date: 6/4/25    *Richard M. Berman*
Richard M. Berman, U.S.D.J.

**BY ECF**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States v. Julio Cesar Hernandez*, 25 Cr. 123 (RMB)

Dear Judge Berman:

The parties jointly submit this letter respectfully to request an adjournment of the status conference in this case, currently scheduled for June 10, 2025, for approximately 90 days or as convenient for the Court, and to request the exclusion of time between June 10, 2025 and June 30, 2025, the date that the defendant's motions are due, pursuant to 18 U.S.C. § 3161(h)(7)(A).

Per the Court's order of May 6, 2025, the defense's motions are due on June 30, 2025, with the Government's responses due July 21, 2025, and the defense reply due on August 4, 2025. Dkt. 13. At this time, the parties do not have any matters to raise with the Court. As such, the parties respectfully request an adjournment of the status conference until the defense motions have been fully briefed.

The Government further submits that the ends of justice served by excluding time between June 10, 2025 and June 30, 2025 outweigh the interest of the public and the defendant in a speedy trial, because that time will permit the defense to consider and draft any motions it wishes to make, and will permit the parties to discuss a potential pre-trial resolution of this matter. Defense counsel consents to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    /s/ Rebecca R. Delfiner
       Rebecca R. Delfiner
       Assistant United States Attorney
       (212) 637-2427

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/4/25

cc:    All counsel of record (via ECF)