**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                    Government,       :       25 CR. 123 (RMB)

      - against -                      :       **ORDER**

JULIO HERNANDEZ,                           :

                                    Defendant.         :
---------------------------------------------------------------x

       The status conference scheduled for Wednesday, September 3, 2025 at 9:00 A.M. will take place in Courtroom 17B.

Dated: August 27, 2025
       New York, NY

                                          _____
                                              RICHARD M. BERMAN
                                                   U.S.D.J.