**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,       :

                          :

                Government,    :      25 CR. 123 (RMB)

                          :

        - against -        :      **<u>ORDER</u>**

                          :

                          :

JULIO HERNANDEZ,          :

                          :

            Defendant.    :
------------------------------------------------------------x

        The status conference scheduled for Wednesday, October 29, 2025 at 9:00 A.M. will take place in Courtroom 23B.


Dated: October 22, 2025
      New York, NY


                          _____
                          RICHARD M. BERMAN
                            U.S.D.J.