# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

~~Jennifer L. Brown~~
*Attorney-in-Charge*

October 24, 2025

**The conference is adjourned to 12/3/25 at 11:00am.**

**By CM/ECF**
Hon. Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED:
Date: 10/28/25
Richard M. Berman, U.S.D.J.

Re: *United States v. Julio Hernandez*
    25 Cr. 123 (RMB)

Dear Judge Berman:

   I write with the consent of the Government to respectfully request that the Court adjourn the October 29, 2025, status conference in the above-captioned case to the first week of December 2025.[1] Since the parties' last appearance on September 3, 2025, the defense transmitted a mitigation submission to the Government in furtherance of plea negotiations. The submission is currently under review by the Government. Accordingly, an adjournment of the status conference is appropriate to facilitate ongoing discussions over a pre-trial resolution. In addition, the parties note that the Court has already excluded time under 18 U.S.C. § 3161(h)(7)(A) through February 9, 2026, the first day of a potential trial. ECF No. 22.

   I thank the Court for considering this consent application.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc:   AUSA Rebecca Delfiner

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/25

---

[1] The parties note that counsel for the Government expects to be on trial the week of December 8.