**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 25 CR. 123 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| | : | |
| JULIO HERNANDEZ, | : | |
| | : | |
| Defendant. | : | |

---------------------------------------------------------------x

The status conference scheduled for Wednesday, December 3, 2025 at 11:00 A.M. will take place in Courtroom 17B.

Dated: November 20, 2025
　　　　New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.