# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 15, 2025

**By CM/ECF**
Hon. Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *United States v. Julio Hernandez*
         **25 Cr. 123 (RMB)**

Dear Judge Berman:

      I write to respectfully request that the Court adjourn the current trial date and related pre-trial deadlines *sine die*, and convert the date for the final pre-trial conference, February 3, 2026, into a change of plea hearing, as Mr. Hernandez desires to plead guilty to the sole count in the indictment. The Government, by AUSA Rebecca Delfiner, does not object to this application and notes that it is available for a change of plea hearing at any time. The parties further note that time is presently excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) through February 9, 2026.

      I thank the Court for its consideration of this consent application.

                     Respectfully Submitted,

                     Andrew John Dalack, Esq.
                     Assistant Federal Defender
                     (646) 315-1527

Cc:    AUSA Rebecca Delfiner

Applications granted.  The Court will hold a change of plea proceeding on 2/3/26 at 10:00 am.

SO ORDERED:
Date:___12/16/25___

Richard M. Berman, U.S.D.J.