Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 7, 2026

***By CM/ECF***
Hon. Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

**Re: *United States v. Julio Hernandez***
**25 Cr. 123 (RMB)**

Dear Judge Berman:

I write to respectfully request that the Court adjourn sentencing in the above-captioned case by 30 days to August 20 or August 21, 2026. Sentencing is currently scheduled for July 22, 2026, at 10:00 a.m.

As the Court is aware, on May 13, 2026, Mr. Hernandez's wife delivered their second child, and she required an unplanned caesarean section. Mr. Hernandez's wife continues to convalesce and Mr. Hernandez remains primarily responsible for his new baby and young daughter. An adjournment of sentencing is warranted to allow Mr. Hernandez's wife additional time to recuperate so that she is physically able to care for her children. Further, the parties remain in discussion regarding an agreement that would allow Mr. Hernandez to self-deport, pursuant to a consent judicial removal order. Additional time is necessary to see those discussions through.

To the extent additional time is necessary to allow the parties to finish discussing the possibility of Mr. Hernandez's self-deportation, the Government, by AUSA Rebecca Delfiner, does not object to this application, and I thank the Court for considering it.

Application granted. The sentencing is adjourned to August 20, 2026 at 10:00 a.m. Defense submission by August 5, 2026; Government submission by August 12, 2026.

SO ORDERED:
Date: 7/8/2026
Richard M. Berman, U.S.D.J.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc: AUSA Rebecca Delfiner