Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 28, 2026

Application, respectfully, denied.

SO ORDERED:
Date:
Richard M. Berman, U.S.D.J.

***By CM/ECF***
Hon. Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *United States v. Julio Hernandez***
**25 Cr. 123 (RMB)**

Dear Judge Berman:

I write to respectfully request that the Court adjourn sentencing in the above-captioned case, which is currently scheduled for September 15, 2026, at 11:00a.m., by one week. The Government, by AUSA Rebecca Delfiner, does not object.

Since the last adjournment request, the defense recently received a proposed consent judicial order of removal from the Government for Mr. Hernandez's consideration in advance of sentencing. Unfortunately, I am traveling out of the SDNY through September 7, 2026, and require additional time to review the document with Mr. Hernandez and incorporate it into my Section 3553(a)-related arguments on his behalf. Accordingly, an adjournment of sentencing is necessary.

I thank the Court for its consideration of this unopposed application.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc: AUSA Rebecca Delfiner