**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

UNITED STATES OF AMERICA, :
:
Government, : 25 CR. 123 (RMB)
:
- against - : **ORDER**
:
:
JULIO HERNANDEZ, :
:
Defendant. :

-------------------------------------------------------------x

The sentencing scheduled for Tuesday, September 15, 2026 at 11:00 A.M. will take place in Courtroom 17B.

Dated: September 11, 2026
New York, NY

RMB

RICHARD M. BERMAN
U.S.D.J.